ADMIRAL INDEMNITY COMPANY
301 ROUTE 17 NORTH
SUITE 900
RUTHERFORD NJ 07070

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

THE LANDMARK CONDOMINIUM ASSOCIATION
C/O MANAGEMENT OFFICE
215 PIEDMONT AVENUE NE
ATLANTA GA 30308

Producer: 8474

RT SPECIALTY, A DIVISION OF RSG SPECIALTY, LLC
1166 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK NY 10036

Policy No.: 21-21947510
Type of Policy: PACKAGE
Date of Expiration: 06/20/2024; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  Reason for Non-Renewal is due to adverse loss history.

This policy provides fire and extended coverage insurance on your property.  You should contact your agent concerning coverage through another insurer, or your eligibility for coverage through the Georgia Underwriting Association, Georgia Fair Plan, 3355 Annandale Lane, Suite 3, Suwanee GA 30024-2100 Phone: (770) 923-7431.

If loss information is not included with this notice, you may request that we provide it to you.  The information will give you details on closed claims, open claims, and information on notices of occurrences.  We will provide you this information within 30 days of receipt of your request.

Producer

RT SPECIALTY, A DIVISION OF RSG SPECIALTY, LLC
1166 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK NY 10036

Date Mailed:
30th day of April, 2024

_____
SVP AND CHIEF UNDERWRITING OFFICER

FORM# CN96970305GA92015
ODEN 3.0.24.02a

Copy for Producer

GACN19NONE APP
04162024SYNY
Page 1 of 1