**From:** Mike Weinstein <mike@wblegal.net>
**Sent:** Wednesday, July 3, 2024 8:05 PM
**To:** Jessica Phillips <Jessica.Phillips@swiftcurrie.com>; Ramona Kelly <ramona.kelly@swiftcurrie.com>
**Cc:** Taylor Gore <taylor.gore@swiftcurrie.com>; Nada Tadic <nada.tadic@swiftcurrie.com>
**Subject:** Re: The Landmark Condominium Association

Jessica, as we head into the holiday weekend, it has now been almost two months since Mr. Murner first issued the Reservation of Rights, and since that time, Admiral has not done any adjusting on the claim. I must also remind you that the ROR was issued almost four months after the date of loss, and after Admiral had been to the property on numerous occasions and after which repair protocols were agreed upon.

As we do not believe there is any basis for rescission, I am once again requesting that Admiral determine what it is doing with this claim. The continued delays are only going to cause additional damages, which were already in the millions of dollars.

Thank you.



 

Michael B. Weinstein
Partner
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
(404) 228-2629 (O)
(404) 451-4730 (M)
www.wblegal.net

2