**From:** Mike Weinstein <mike@wblegal.net>
**Sent:** Wednesday, July 10, 2024 7:08 AM
**To:** Jessica Phillips <Jessica.Phillips@swiftcurrie.com>; Ramona Kelly <ramona.kelly@swiftcurrie.com>
**Cc:** Taylor Gore <taylor.gore@swiftcurrie.com>; Nada Tadic <nada.tadic@swiftcurrie.com>
**Subject:** Re: The Landmark Condominium Association

Jessica, while I appreciate your efforts to represent your client, your characterizations regarding the agreements reached and knowledge of inaccuracies in the application are incorrect. Quite frankly, your client performed an inspection of the property within 30 days of binding coverage and was clearly aware of the composition of the building at that time. We also dispute there are inaccuracies in the application.

We all know what is happening here. Once your client fully realized the extent of damage, this is nothing more than an ill-fated attempt to come up with a way to not pay the claim. And just so you are aware, we know that Admiral does not have any underwriting requirements for a sprinkler system in the building.

That being said, we are working on gathering the information requested and will produce as soon as possible. I am sure you can understand that much of the information you have requested will be in the possession of third parties, so we are addressing as expeditiously as possible.

If we need to discuss further, please let me know.

Thank you.



?

    Michael B. Weinstein
    Partner
    3050 Amwiler Road, Suite 200-C
    Atlanta, GA 30360
    (404) 228-2629 (O)
    (404) 451-4730 (M)
    www.wblegal.net