**From:** Mike Weinstein <mike@wblegal.net>
**Sent:** Friday, July 19, 2024 3:21 PM
**To:** Ramona Kelly <ramona.kelly@swiftcurrie.com>
**Cc:** Jessica Phillips <Jessica.Phillips@swiftcurrie.com>; Taylor Gore <taylor.gore@swiftcurrie.com>; Nada Tadic <nada.tadic@swiftcurrie.com>; Kayla Jessup <kayla@wblegal.net>
**Subject:** Re: The Landmark Condominium Association

Jessica:

In response to your July 8, 2024, correspondence, we have gathered responsive documents and will be sharing through a Sharefile link. Within that link, you will also find correspondence from Berkley Luxury Group stating there is no sprinkler requirement for Admiral Insurance Company.

Also, for clarity, please find below comments on each category of documents requested. which identifies whether Landmark has responsive documents and if they are being produced.

Upon your receipt and review, please let me know if you would like to discuss. Furthermore, on behalf of Landmark, I am once again demanding an acknowledgement of coverage and for this claim to be properly adjusted. Admiral's specious position on coverage is leading to additional damages at the property and to Landmark as a whole.

*1. Copies of all ACORD applications, habitational supplements, and any other insurance application forms submitted on behalf of the insured to Admiral and/or Berkley Luxury Group regarding insurance coverage for the Property, whether these documents were submitted through an agent of Landmark or directly to Admiral and/or Berkley;* All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents Lents that are responsive to your request.
*2. Any and all communications regarding any ACORD applications, habitational supplements, and any other insurance application forms submitted by or on behalf of the insured to Admiral and/or Berkley Luxury Group regarding insurance coverage for the Property, including but not limited to communications between any representative of Landmark and any property management company and any communications between any property management company and any agent of Landmark;* All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.

*3. Copies of all ACORD applications, habitational supplements, and any other insurance application forms submitted to the insured's prior carrier regarding insurance coverage for the Property;* All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.

*4. Copies of all ACORD applications, habitational supplements, and any other insurance application forms submitted to any carrier regarding insurance coverage for the Property after the Loss;* All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.

5. Copies of all inspection reports for the Property completed before or after the Loss including, but not limited to, inspection reports completed for the purpose of procuring insurance coverage and/or renewing insurance policies; *All responsive documents in Landmark's possession have been produced, including documents pertaining to Landmark's sprinkler system. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

6. Any and all communications between any representative of the insured and any insurance broker, agent or producer regarding insurance coverage for the Property from January 1, 2022 to present; *All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

7. Any and all communications between any representative of the insured including, but not limited to, any broker, agent or producer, and any representative of RT Specialty Group; *Landmark does not have any documents responsive to this request, but have requested same from Relation Insurance.*

8. Any and all communications between any representative of the insured including, but not limited to, any broker, agent or producer, and any representative of Relation Insurance; *All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

9. Any and all documents provided to any insurance agent, broker or producer prior to or in the process of obtaining coverage under the Policy; *All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

10. Any and all documentation regarding the fire sprinkler system at the Property including, but not limited to, the installation and maintenance of the fire sprinkler system or any issues with the fire sprinkler system being out of code; *All documents responsive to this request are being produced contemporaneously herewith.*

11. Any and all ownership records for the commercial units located at the Property; *Landmark does not possess documents responsive to this request. By way of further response, the commercial units are treated like any other units in the building, and are all privately owned units.*

12. Any and all documents regarding any renovations, updates, remodels or other similar work performed to the common areas of the Property since 2010 to the present; *All documents responsive to this request are being produced contemporaneously herewith.*

13. Any and all notifications of non-renewals and/or cancellations by any prior insurance carrier for the Property in the last ten years; *All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

14. Any and all applications, ACORD Forms, requests for quotes, habitational supplements, and other similar information submitted by or on behalf of the insured to any other insurance carrier for property insurance coverage during the time period between 2022 to the current date; *All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.*

15. *Any and all documents relating to any declinations of coverage submitted to Landmark, or any representative of thereof (including any agent or property management company of the insured) from the time period of 2022 to the present date;* All responsive documents in Landmark's possession have been produced. In addition, request has been made to Relation Insurance to determine if they have additional documents that are responsive to your request.

16. *Any and all lease agreements for the commercial units located at the Property.* Landmark does not possess any documents responsive to this request as these units are all privately owned and are treated like all other units in the building. Any lease agreements would be between the owner of the units and their respective tenants.



Michael B. Weinstein
Partner
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360
(404) 228-2629 (O)
(404) 451-4730 (M)
www.wblegal.net

CONFIDENTIALITY NOTICE: *The information contained in this e-mail, including any attachment(s), is confidential information that may be privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or if you received this message in error, then any direct or indirect disclosure, distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the sender by sending a return e-mail; delete this message; and destroy all copies, including attachments. Thank you.*

---

**From:** Ramona Kelly <ramona.kelly@swiftcurrie.com>
**Sent:** Monday, July 8, 2024 4:44 PM
**To:** Mike Weinstein <mike@wblegal.net>
**Cc:** Jessica Phillips <Jessica.Phillips@swiftcurrie.com>; Taylor Gore <taylor.gore@swiftcurrie.com>; Nada Tadic <nada.tadic@swiftcurrie.com>
**Subject:** The Landmark Condominium Association