**From:** Mike Weinstein <mike@wblegal.net>
**Sent:** Tuesday, August 20, 2024 7:36 AM
**To:** Kayla Jessup <kayla@wblegal.net>; Ramona Kelly <ramona.kelly@swiftcurrie.com>; Jessica Phillips <Jessica.Phillips@swiftcurrie.com>; Taylor Gore <taylor.gore@swiftcurrie.com>; Nada Tadic <nada.tadic@swiftcurrie.com>
**Subject:** Re: The Landmark Condominium Association

Jessica & Taylor:

We have now produced all documents in our possession that responsive to your requests regarding this matter, including documents from Relation Insurance Services, and by extension, RT Specialty.

While I understand you need to review these documents, if your client is inclined to take an Examination Under Oath, I would request we try to put that on the schedule sooner rather than later.

That being said, I am once again demanding an acknowledgement of coverage and for Admiral to continue to adjust the claim. Not only was there a post-binding inspection of the property performed in July 2023, there were also multiple inspections shortly after the loss. Moreover, protocols were set and agreed to after the loss, where Admiral had full knowledge of the conditions present at the building.

Furthermore, if Admiral believes there was incorrect information in the application that had a bearing on the policy that was issued, I am requesting to be provided the underwriting information for review, and am willing to execute a confidentiality agreement if necessary. As it stands right now, Landmark is in the dark regarding Admiral's coverage position, which as I have stated repeatedly, puts Landmark in a precarious position.

If you would like to discuss this matter further, please let me know.

Thank you.



?