# Berkley Luxury Group | Real Estate Insurance

## ABOUT BERKLEY LUXURY GROUP

Clermont Specialty Managers was organized in 1986 as the Habitational Insurance Division of Firemen's Insurance Company of Washington, D.C. to provide package policies for upscale condominiums and cooperative apartment buildings in New York City.

On February 1st, 2018 Clermont Specialty Managers rebranded as Berkley Luxury Group. The new name is designed to clearly identify the company as an operating unit of W.R. Berkley Corporation and accurately depict our risk appetite for condo, co-op, rental properties, and fine dining/high-end casual restaurants.

Berkley Luxury Group underwrites on behalf of Admiral Indemnity Company and Clermont Insurance Company, both rated A+ (Superior) Financial Size Category XV by A.M. Best Company.

### Habitational Appetite:

Best in Class Condo, Coop and Rental Apartments with a proactive focus on risk management and loss control. The buildings should exhibit positive safeguarding/caretaking and should be well maintained.

### Additional Risk Appetite Information

- Brownstones/Low Rise, Mid-Rise, and High-Rise Risks (up to 40 stories)
- Joisted Masonry (ISO II) or better construction
- Risks must be at least 2 years old
- No Maximum Age Restrictions
    - Acceptance is subject to system upgrades.
- Maximum TIV of $175,000,000 with higher limits considered on a risk-by-risk basis.
- Minimum Account Premium of $15,000 (New York City - $25,000)
- Minimum Deductible of $10,000
- Distance from coast eligibility differ based on geography.
- No Sprinkler Requirement. Alarm Requirements differ based on size of building.
- Restricted Capacity for risks with pitched roofing
- Monoline Liability Coverage available for most optimal risks.
- Excluded classes include COC Risks, HO6 Policies, Section 8 Housing, and Assisted Living Facilities.
- Additional Products offered include Equipment Breakdown, Cyber, Hired/Non-Owned Auto/Garage Keepers, Employee Benefits Liability

### List of Active States

- Arizona
- District of Columbia
- Georgia
- Illinois
- Maryland
- Massachusetts
- Michigan
- Minnesota
- New Jersey
- New York
- North Carolina
- Pennsylvania
- Tennessee
- Virginia
- Wisconsin

*As of 01/01/2024*

### Risk Management

We provide an array of value-added consultative risk management services designed to assist our customers in managing risk. We will help in the design, development and implementation of policies and best practices to identify and minimize risks that may lead to losses.



# Coverage Summary

The following illustrates how our enhancement endorsement increases coverage provided by the ISO form.

| BUILDING AND PERSONAL PROPERTY COVERAGE FORM / CONDOMINIUM ASSOCIATION COVERAGE FORM | COVERAGE AMOUNT |
|---|---|
| Bridges, Roadways, Walks, Patios or Other Paved Surfaces | Covered for Specified Perils |
| Foundations of Buildings, Structures, Machinery or Boilers | Covered for Specified Perils |
| Underground Pipes, Flues or Drains | Covered for Specified Perils |
| Debris Removal | $500,000/$1,000 for trees |
| Fire Department Service Charge | $25,000 (no deductible) |
| Pollutant Cleanup & Removal (land and water) | $250,000 |
| Electronic Data | $1,000,000 |
| Accounts Receivable (including credit cards) | $1,000,000 |
| Money & Securities (inside premises/outside premises) | $25,000/$15,000 |
| Money Orders 8t Counterfeit Paper Currency | $5,000 |
| Forgery & Alteration | $100,000 |
| Computer Fraud and Funds Transfer Fraud | $100,000 |
| Utility Services — Direct Damage | $1,000,000 |
| Employee Theft | $100,000 |
| Valuable Papers & Records | $1,000,000 |
| Outdoor Property | $500,000/$2,500 per tree |
| Awnings or Floor Coverings | Settled at Replacement Cost |
| Appliances | Settled at Replacement Cost |
| Outdoor Equipment or Furniture | Settled at Replacement Cost |
| BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM | |
| Distance | Distance extended to 1,000 feet |
| Civil Authority | Coverage up to 60 consecutive days |
| Extended Business Income - Rental Value | Consecutive days increased to 180 |
| Utility Services — Time Element | $1,000,000 |
| Pollutant Cleanup and Removal | $10,000 |
| Lost Lease Coverage — Lessors Interest | 12 months or $250,000 (whichever is less) |
| CAUSES OF LOSS - SPECIAL FORM | |
| Water Backup, Underground | Covered |
| Leaks from Plumbing, Heating, Air Conditioning | Covered |
| Voluntary Parting of Property By Fraudulent Scheme, Trick, etc. | Covered |
| Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria | $25,000 |
| GENERAL LIABILITY | |
| Damage to Premises Rented to You | $300,000 |
| Blanket Additional Insured - Managers or Lessors of Premises | Included |
| Blanket Additional Insured - Lessors or Leased Equipment | Included |
| Blanket Additional Insured - Vendors | Included |
| Blanket Additional Insured - Mortgagees, Assignees & Receivers | Included |
| Definition of Bodily Injury | Includes mental anguish resulting from physical injury, sickness or disease |

**Disclaimer:** this literature is descriptive only. Actual coverage is subject to language of the policies as issued and may vary by state.

301 Route 17 North, Suite 900, Rutherford, NJ 07070 | Phone: 201.518.2500 | Fax: 201.342.6381 | https://www.berkleyluxuryrealestate.com/

Copyright C 2024 Berkley Luxury Group. All rights reserved.