# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE LANDMARK CONDOMINIUM ASSOCIATION, INC. | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION FILE NO.<br>)<br>) <u>1:24-CV-04139-SEG</u> |
| v. | )<br>) |
| ADMIRAL INDEMNITY COMPANY | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW**, The Landmark Condominium Association, Inc. ("Plaintiff"), by and through counsel of record, and pursuant to F.R.C.P. 41(a)(1)(A)(i), files this Notice of Dismissal Without Prejudice as to all claims Plaintiff may have in the present matter against Admiral Indemnity Company.

Respectfully submitted this 14th day of October 2024.

                                        **WEINSTEIN & BLACK, LLC**

                                        <u>/s/ Michael Weinstein</u>
                                        Michael Weinstein
                                        Georgia Bar No. 746386
                                        3050 Amwiler Road, Suite 200-C
                                        Atlanta, GA 30360
                                        (404) 228-2629 (O)
                                        <u>mike@wblegal.net</u>

                                        *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **THE LANDMARK CONDOMINIUM ASSOCIATION, INC.** | )<br>)<br>) |
| Plaintiff, | ) **CIVIL ACTION FILE NO.**<br>)<br>) <u>**1:24-CV-04139-SEG**</u> |
| v. | )<br>) |
| **ADMIRAL INDEMNITY COMPANY** | )<br>)<br>) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** through this Court's electronic filing system, and have served a true and correct copy of the foregoing document upon Defendant via U.S. Mail, postage prepaid, addressed as follows:

> Admiral Indemnity Company
> c/o Glen S. Delk, Registered Agent
> 1355 Peachtree St NE
> Atlanta, GA 30309

This 14th day of October 2024.

/s/ Michael Weinstein
Michael Weinstein